# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH ROWLEY, | CASE NO.: 3:14-CV-00196-RCJ-WGC |
| Plaintiff, | |
| v. | **ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#17[1]) entered on April 30, 2015, recommending that the Court grant Plaintiff's Motion for Remand (ECF #11) and deny the Commissioner's Cross-Motion to Affirm (ECF #16). Defendant's Objection to Magistrate Judge's Report and Recommendation (ECF #18) was filed on May 14, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#17) entered on April 30, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand (ECF #11) is GRANTED.

IT IS FURTHER ORDERED that the Commissioner's Cross-Motion to Affirm (ECF #16) is DENIED and this matter is remanded to the ALJ for calculation and award of benefits.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 18th day of May, 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.